IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| SAMUEL LEWIS FOWLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-028 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS; GEORGIA CORRECTIONAL HEALTH CARE; DR. SHARON LEWIS; BILLY NICHOLS; WARDEN ANTOINE CALDWELL; LAKISHA FRANKLIN; DEPUTY WARDEN MEADOR; CHABARA BRAGGS; DR. STEWART; DEANNE MORRIS; MITZI HALL; NURSE PULLINS; DR. BROWN; DR. AGEDOM; CHERYL FRAZIER; UNIT MANAGER WATSON; TOMEKA SIMPSON-DUMAS; NURSE PRACTITIONER LOMAMI; NURSE PRACTITIONER LINDSEY; and NURSE PRACTITIONER OLIVER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice, **DENIES AS MOOT** his motion to stay (doc. no. 14), and **CLOSES** this civil action.

SO ORDERED this ___ day of October, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE